Claude Manookian, Esq. (SBN 243261)
cmm@manookianlaw.com
Katrina B. Manookian, Esq. (SBN 231029)
kbm@manookianlaw.com
Artin Boughouzian, Esq. (SBN 333991)
ab@manookianlaw.com
**MANOOKIAN LAW, APLC**
500 N. Brand Boulevard, Suite 1125
Glendale, California 91203
Telephone: (818) 392-4272
Facsimile: (818) 484-2192
firm@manookianlaw.com

Attorneys for Plaintiff
**PERFECTION TOURS, INC.**

**SQUIRE PATTON BOGGS (US) LLP**
Sean Conboy (SBN 214487)
sean.conboy@squirepb.com
Shaun Kim (SBN 307812)
shaun.kim@squirepb.com
555 South Flower Street, 31st Floor
Los Angeles, CA 90071
Telephone: (213)624-2500

Attorneys for Defendant,
**BENTLEY MOTORS INC.**

**JS-6**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECTION TOURS INC., a California Corporation<br><br>        Plaintiff,<br><br>    vs.<br><br>BENTLEY MOTORS, INC. a Delaware Corporation; and DOES 1 through 50, inclusive<br><br>        Defendants. | Case No.: 2:25-CV-00009-CAS-PDx<br><br>**ORDER FOR JOINT STIPULATION DISMISSAL** |

Pursuant to the Stipulation of the parties under the Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii), and good cause appearing therefore, the stipulation is approved. The Motion for Summary Judgment is denied as MOOT. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed **without prejudice**.

IT IS SO ORDERED.

Dated: May 13, 2026

HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

-2-
[PROPOSED] ORDER FOR JOINT STIPULATION DISMISSAL